**IN RE:**
JOSEPH L. POLLOCK
15140 SYLVESTER ROAD
RENO, NV 89521

CASE No. 13-51926-BTB

SS #1  XXX-XX-6380
SS #2

## CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS
## OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that William A. Van Meter, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U. S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the Claims Bar Date.

PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information set forth on the attached List of Scheduled and Filed Claims to include but not limited to: (1) the creditor's claim was filed or not filed; (2) the creditor's address to receive payments is accurate; (3) the claim amount is accurate; (4) that the classification of the creditor's claim as either "secured", "priority", "unsecured", "direct pay by debtor", "not filed" or such other applicable classification, is accurate; (5) and that the treatment and payment of each creditor's claim including, if appropriate, the payment of and rate of interest, is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above, then you must timely file a written objection to the CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION on or before ** 30 days from date filed **. The written objection must be filed or e-filed with the Clerk of the U.S. Bankruptcy Court, 300 Booth Street, Reno, Nevada 89509 and served, if applicable, upon any appropriate creditor's, the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is P.O. Box 6630, Reno, NV 89513, along with the date, time and place of the hearing on the objection.

PLEASE TAKE FURTHER NOTICE that in the ahsence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION. No further Order of the Court will be entered in the absence of any objection to this notice.

NOTICE IS HEREBY GIVEN that the following List of Scheduled and Filed Claims is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution. The Plan provides that the Debtor will pay a specific dollar amount into the Plan. The exact percentage of distribution to unsecured non-priority claims will depend upon the amount of all claims ultimately allowed in this case.

# United States Bankruptcy Court
For The
District of Nevada

**IN RE:**  
JOSEPH L. POLLOCK  
15140 SYLVESTER ROAD  
RENO, NV 89521

CASE No. 13-51926-BTB  
SS #1 XXX-XX-6380  
SS #2

## LIST OF SCHEDULED AND FILED CLAIMS

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | Expected Dist. | CLASSIFICATION |
|---|---|---|---|---|
| 001 | WILLIAM MORRIS / 1049 APOLLO COURT<br>INCLINE VILLAGE, NV 89451 | | | DirectPay<br>13,500.00 |
| 002 | QUICKEN LOANS / 635 WOODWARD AVENUE<br>DETROIT, MI 48226 | | | DirectPay<br>274,452.00 |
| 002A | QUICKEN LOANS / 635 WOODWARD AVENUE<br>DETROIT, MI 48226 | 2,042.15 | 2,042.15 | Secured |
| 003 | WELLS FARGO DEALER SERVICES, INC. / PO BOX 25341<br>SANTA ANA, CA 92799 | | | DirectPay<br>8,265.96 |
| 004 | AMERICAN EXPRESS BANK, FSB / BECKET & LEE, LLP<br>P.O. BOX 3001 / MALVERN, PA 19355-0701 | 1,999.34 | PRORATA | Unsecured |
| 005 | ALTAIR OH XIII, LLC / C/O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE STE 400 / SEATTLE, WA 98121 | 1,069.56 | PRORATA | Unsecured |
| 006 | JPMORGAN CHASE BANK / CHASE RECORDS CENTER<br>700 KANSAS LANE / MONROE, LA 71203 | 253,698.30 | .00 | Secured |
| 007 | RESURGENT CAPITAL SERVICES / P O BOX 10587<br>GREENVILLE, SC 29603-0587 | 7.35 | PRORATA | Unsecured |
| 008 | CITIBANK, N.A. / 701 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD 57117 | 4,370.23 | PRORATA | Unsecured |
| 009 | PRA RECEIVABLES MANAGEMENT, L.L.C. / PRA RECOVERY ASSOCIATE<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 5,057.76 | PRORATA | Unsecured |
| 101 | CHASE MORTGAGE CO. / ATTN: BANKRUPTCY DEPT<br>P.O. BOX 24696 / COLUMBUS, OH 43224 | | | DirectPay<br>.00 |
| 106 | ALLIED COLLECTION SERVICES / 1800 E. SAHARA AVENUE<br>SUITE 104 / LAS VEGAS, NV 89104 | None | None | Not Filed<br>.00 |
| 108 | BANK OF AMERICA, N.A. / MAILSTOP CA 6-919-01-23<br>400 NATIONAL WAY / SIMI VALLEY, CA 93065 | None | None | Not Filed<br>.00 |
| 109 | BANK OF AMERICA, N.A. / MAILSTOP CA 6-919-01-23<br>400 NATIONAL WAY / SIMI VALLEY, CA 93065 | None | None | Not Filed<br>.00 |
| 110 | BROWN, CALVA CAMER, LTD / NNEP<br>P.O. BOX 95728 / OKLAHOMA CITY, OK 73143-5728 | None | None | Not Filed<br>.00 |
| 113 | CHASE BANK USA, N.A. / P.O. BOX 15145<br>WILMINGTON, DE 19850-5145 | None | None | Not Filed<br>.00 |

# United States Bankruptcy Court
For The
District of Nevada

IN RE:  
JOSEPH L. POLLOCK  
15140 SYLVESTER ROAD  
RENO, NV 89521  

CASE No. 13-51926-BTB  
SS #1  XXX-XX-6380  
SS #2  

## LIST OF SCHEDULED AND FILED CLAIMS

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | Expected Dist. | CLASSIFICATION |
|---|---|---|---|---|
| 115 | HOMETOWN HEALTH PLAN / 830 HARVARD WAY<br>RENO, NV 89502- 205 | None | None | Not Filed<br>.00 |
| 116 | IDAHO EMERGENCY PHYSICIANS / PO BOX 4008<br>BOISE, ID 83711 | None | None | Not Filed<br>.00 |
| 117 | SKIN CANCER & DERM INSTIT. / 3950 GS RICHARDS BLVD<br>CARSON CITY, NV 89703 | None | None | Not Filed<br>.00 |
| 118 | REMSA AMBULANCE / 450 EDISON WAY<br>RENO, NV 89502 | None | None | Not Filed<br>.00 |
| 119 | RENO EMERGENCY PHYSICIANS / HOSPITAL COLLECTIONS<br>P.O. BOX 872 / RENO, NV 89504 | None | None | Not Filed<br>.00 |
| 120 | RENO ORTHOPAEDIC CLINIC / 555 N. ARLINGTON AVENUE<br>RENO, NV 89503 | None | None | Not Filed<br>.00 |
| 121 | RENOWN REGIONAL MEDICAL CENTER / 850 HARVARD WAY T-6<br>RENO, NV 89502-2055 | None | None | Not Filed<br>.00 |
| 122 | ST MARYS MEDICAL CENTER / 235 W 6TH STREET<br>RENO, NV 89520-0108 | None | None | Not Filed<br>.00 |
| 123 | WEST HILLS HOSPITAL / 1240 E 9TH STREET<br>RENO, NV 89512 | None | None | Not Filed<br>.00 |
| 799 | ERNEST ADLER, ESQ. / KILPATRICK, ADLER & BULLENTINI<br>412 NORTH DIVISION STREET / CARSON CITY, NV 89703 | 2,650.00 | 2,650.00 | Attorney |

Total    270894.69

Dated:  7/10/2014

/s/ Mary Rivinius  
Mary Rivinius

In Re:  
JOSEPH L. POLLOCK

CASE NO: 13-51926-BTB  
CHAPTER 13  
CERTIFICATE OF SERVICE

Debtor(s)

On    07/10/2014    I served the CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION AND PROPOSED DISTRIBUTION by United States mail, postage fully prepaid to the persons on the attached list.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    07/10/2014

/s/ Mary Rivinius  
Mary Rivinius

| | |
|---|---|
| In Re:<br>JOSEPH L. POLLOCK<br>　　　　　Debtor(s) | CASE NO: 13-51926-BTB<br>CHAPTER 13<br>CERTIFICATE OF SERVICE |

JOSEPH L. POLLOCK
15140 SYLVESTER ROAD RENO, NV 89521

WILLIAM MORRIS
1049 APOLLO COURT INCLINE VILLAGE, NV 89451

QUICKEN LOANS
635 WOODWARD AVENUE DETROIT, MI 48226

WELLS FARGO DEALER SERVICES, INC.
PO BOX 25341 SANTA ANA, CA 92799

AMERICAN EXPRESS BANK, FSB
BECKET & LEE, LLP P.O. BOX 3001 MALVERN, PA 19355-0701

ALTAIR OH XIII, LLC
C/O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE STE 400 SEATTLE, WA 98121

JPMORGAN CHASE BANK
CHASE RECORDS CENTER 700 KANSAS LANE MONROE, LA 71203

RESURGENT CAPITAL SERVICES
P O BOX 10587 GREENVILLE, SC 29603-0587

CITIBANK, N.A.
701 EAST 60TH STREET NORTH SIOUX FALLS, SD 57117

PRA RECEIVABLES MANAGEMENT, L.L.C.
PRA RECOVERY ASSOCIATES, LLC P.O. BOX 41067 NORFOLK, VA 23541

CHASE MORTGAGE CO.
ATTN: BANKRUPTCY DEPT P.O. BOX 24696 COLUMBUS, OH 43224

ALLIED COLLECTION SERVICES
1800 E. SAHARA AVENUE  SUITE 104 LAS VEGAS, NV 89104

BANK OF AMERICA, N.A.
MAILSTOP CA 6-919-01-23 400 NATIONAL WAY SIMI VALLEY, CA 93065

BROWN, CALVA CAMER, LTD
NNEP P.O. BOX 95728 OKLAHOMA CITY, OK 73143-5728

CHASE BANK USA, N.A.
P.O. BOX 15145 WILMINGTON, DE 19850-5145

HOMETOWN HEALTH PLAN
830 HARVARD WAY RENO, NV 89502- 205

IDAHO EMERGENCY PHYSICIANS
PO BOX 4008 BOISE, ID 83711

SKIN CANCER & DERM INSTIT.
3950 GS RICHARDS BLVD CARSON CITY, NV 89703

REMSA AMBULANCE
450 EDISON WAY RENO, NV 89502

RENO EMERGENCY PHYSICIANS
HOSPITAL COLLECTIONS P.O. BOX 872 RENO, NV 89504

RENO ORTHOPAEDIC CLINIC
555 N. ARLINGTON AVENUE RENO, NV 89503

RENOWN REGIONAL MEDICAL CENTER
850 HARVARD WAY T-6 RENO, NV 89502-2055

ST MARYS MEDICAL CENTER
235 W 6TH STREET RENO, NV 89520-0108

WEST HILLS HOSPITAL
1240 E 9TH STREET RENO, NV 89512

ERNEST ADLER, ESQ.
KILPATRICK, ADLER & BULLENTINI 412 NORTH DIVISION STREET CARSON CITY, NV 89703